```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES GEORGE KOT                :       CIVIL ACTION
                                :
          v.                    :
                                :
HONORABLE ROBERT K.             :
KILLIAN, JR., et al.            :       NO. 10-7305
```

ORDER

AND NOW, this 12th day of December, 2011, considering the motions listed below and the responses thereto, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date that:

    1.   The Motion to Dismiss of Defendants Wayne Cowell, Christen Rinaldi, The Trust Under Indenture Dated April 30, 1957, By Dexter D. Coffin For the Benefit of Dexter D. Coffin, Jr., and Vanessa Avery, Esq. (Docket No. 32) is GRANTED.

    2.   The Judicial Defendants' Motion to Dismiss (Docket No. 46) is GRANTED.

    3.   The Motion of Defendant Glenn Coe, Esquire to Dismiss Plaintiff's Amended Complaint For Failure to State a Cause of Action Upon Which Relief Can Be Granted (Docket No. 31) is GRANTED.

    4. The Plaintiff's unfiled April 18, 2011 Motion to Delete the "Coffin Trust" as a Defendant, Since it is Not a Person That Can Be Sued Under 42 U.S.C. 1983 Complaint; and Add the Unnamed Trustee's That Have the Responsibility to Manage,

Supervise, and Administer the Trust is GRANTED in part and DENIED in part.  The Trust is dismissed as a defendant in this case.  The plaintiff is not permitted to add additional defendants.

    5.   The plaintiff's Motion for Reconsideration and Preservation of Appeals Issue (Docket No. 55) is DENIED.

    This case is now closed.

                            BY THE COURT:

                            <u>/s/ Mary A. McLaughlin</u>
                            MARY A. McLAUGHLIN, J.