IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES GEORGE KOT                    :        CIVIL ACTION
                                    :
        v.                          :
                                    :
HONORABLE ROBERT K.                 :
KILLIAN, JR., et al.                :        NO. 10-7305


ORDER


        AND NOW, this 12th day of December, 2011, considering
the motions listed below and the responses thereto, IT IS HEREBY
ORDERED, for the reasons stated in a memorandum of law bearing
today's date that:

        1.    The Motion to Dismiss of Defendants Wayne Cowell,
Christen Rinaldi, The Trust Under Indenture Dated April 30, 1957,
By Dexter D. Coffin For the Benefit of Dexter D. Coffin, Jr., and
Vanessa Avery, Esq. (Docket No. 32) is GRANTED.

        2.    The Judicial Defendants' Motion to Dismiss (Docket
No. 46) is GRANTED.

        3.    The Motion of Defendant Glenn Coe, Esquire to
Dismiss Plaintiff's Amended Complaint For Failure to State a
Cause of Action Upon Which Relief Can Be Granted (Docket No. 31)
is GRANTED.

        4. The Plaintiff's unfiled April 18, 2011 Motion to
Delete the "Coffin Trust" as a Defendant, Since it is Not a
Person That Can Be Sued Under 42 U.S.C. 1983 Complaint; and Add
the Unnamed Trustee's That Have the Responsibility to Manage,

Supervise, and Administer the Trust is GRANTED in part and DENIED
in part.   The Trust is dismissed as a defendant in this case.
The plaintiff is not permitted to add additional defendants.

        5.   The plaintiff's Motion for Reconsideration and
Preservation of Appeals Issue (Docket No. 55) is DENIED.

        This case is now closed.


                                   BY THE COURT:


                                   /s/ Mary A. McLaughlin
                                   MARY A. McLAUGHLIN, J.